Monte J. White and Associates
Monte J. White
American State Building
402 Cypress, Suite 310
Abilene, TX 79601
(325)673-6699
(325)672-9227 Fax

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## ABILENE DIVISION

| | |
|---|---|
| IN RE: | § |
| Eduardo Montenegro Flores | § Case No. 13-10111-RLJ-13 |
| | § |
| DEBTOR | § |

### DEBTOR'S RESPONSE TO MOTION FOR RELIEF FROM
### AUTOMATIC STAY OF First Financial Bank, N.A.

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Debtor in the above-titled cause and files this Response to Motion for Relief from Automatic Stay.

On August 23, 2013, Attorney for First Financial Bank, N.A., Mark S. Zachary, filed a Motion for Relief from Automatic Stay, in response thereto, Debtor would show the following:

1. ADMIT
2. ADMIT
3. ADMIT
4. ADMIT
5. DENY
6. DENY
7. DENY
8. DENY
9. DENY
10. DENY
11. DENY

WHEREFORE, PREMISES CONSIDERED, Debtor prays that motion be denied in all respects, that the Court award reasonable and necessary attorney fees for the defense of this Motion and for such other and further relief to which he may be entitled.

Respectfully submitted,

/s/Monte J. White

                                            Attorney for Debtor

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Response to Motions for Relief from Stay was served by ECF and/or mailed on August 28, 2013, to the following as indicated:

                                            /s/Monte J. White
                                            Attorney for Debtor

| | |
|---|---|
| Movant: | First Financial Bank, N.A.<br>400 Pine St<br>Abilene, TX 79601 |
| Attorney for Movant: | Mark S. Zachary<br>McMahon Surovik Suttle<br>P.O. box 3679<br>Abilene, TX 79604 |
| Trustee: | Chapter 13 Trustee<br>Walter O'Cheskey<br>6308 Iola Ave.<br>Lubbock, TX  79424<br><br>U.S. Trustee<br>William T. Neary<br>1100 Commerce Street, Room 9-C-60<br>Dallas, TX 75242 |
| Debtor: | Eduardo Montenegro Flores<br>1333 Palm St.<br>Abilene, TX 79602 |